# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO C. FUNTANILLA, Jr., | CASE NO. 1:10-cv-1433-OWW-MJS (PC) |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |
| v. | |
| CYNTHIA THOMAS, et al., | (ECF No. 8) |
| Defendants. | |

Plaintiff Gregorio Funtanilla, a prisoner proceeding pro se, filed this civil rights action on August 9, 2010. (ECF No. 1.) On February 2, 2011, the Court revoked Plaintiff's in forma pauperis status and ordered Plaintiff to pay the $350.00 filing fee in full by March 7, 2011. (ECF No. 8.) To date, Plaintiff has not complied with or otherwise responded to the Court's order. Plaintiff was warned that dismissal would occur if he failed to obey the order.

A civil action may not proceed absent the submission of either the filing fee or the grant of in forma pauperis status. 28 U.S.C. §§ 1914, 1915. Because Plaintiff is not entitled to proceed in forma pauperis and has not paid the filing fee, dismissal of this action is appropriate. In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Local Rule 11-110 for failure to pay the filing fee as ordered by the Court.

IT IS SO ORDERED.

**Dated:   March 14, 2011**            /s/ Oliver W. Wanger

UNITED STATES DISTRICT JUDGE